JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> MISSION GATE ENTERPRISES, INC., a California corporation dba "MISSION GATE ELECTRICAL CONTRACTORS," <br><br> Defendant, | CASE NO.: CV 09-5024 GAF (CWx) <br><br> ASSIGNED TO THE HONORABLE JUDGE GARY A. FEESS <br><br> **JUDGMENT** |

Plaintiffs' motion for default judgment came on regularly for hearing on October 26, 2009, in the above-referenced Court, the Honorable Gary A. Feess, United States District Judge, presiding. Appearances were stated on the record. After full consideration of the evidence and the authorities submitted by counsel, as well as counsel's oral argument, if any:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-

-2-

Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Cooperation Committee, Contract Compliance Fund, National Electrical Industry Fund, and the Los Angeles Electrical Workers Credit Union shall recover from Mission Gate Enterprises, Inc., a California corporation dba "Mission Gate Electrical Contractors," the principal amount of $159,947.01 (consisting of unpaid fringe benefit contributions of $133,218.59, prejudgment interest of $2,773.74, audit fees of $1,158.75, liquidated damages of $13,295.67, and damages for breach of the payment plan of $1,667.74), together with attorney's fees of $7,238.50, and costs of $594.02, plus post-judgment interest as provided by law from the date of entry of judgment herein until the date the judgment is paid in full.

Dated: November 3, 2009

_____
UNITED STATES DISTRICT JUDGE